IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION



FILED
AUG 15 2024
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
AKRON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | S U P E R S E D I N G |
| | ) | I N F O R M A T I O N |
| Plaintiff, | ) | |
| | ) | JUDGE CHARLES E. FLEMING |
| v. | ) | |
| | ) | CASE NO. 5:22CR397 |
| | ) | Title 18, United States Code, |
| | ) | Sections 922(g)(1), 924(a)(2), |
| KOURTNEY D. MOORE, | ) | 924(c)(1)(A)(i), and |
| | ) | 924(c)(1)(B)(i); |
| | ) | Title 21, United States Code, |
| Defendant. | ) | Sections 841(a)(1), (b)(1)(A), |
| | ) | (b)(1)(B), (b)(1)(C), 846 and |
| | ) | 856(a)(1); |
| | ) | Title 26, United States Code, |
| | ) | Sections 5841, 5861(d) and 5871 |

<u>COUNT 1</u>
(Possession with Intent to Distribute Methamphetamine,
21 U.S.C. §§ 841(a)(1) and (b)(1)(A))

The United States Attorney charges:

1. On or about February 2, 2022, in the Northern District of Ohio, Eastern Division, Defendant KOURTNEY D. MOORE did knowingly and intentionally possess with the intent to distribute 50 grams or more of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

## COUNT 2
(Possession with Intent to Distribute Fentanyl,
21 U.S.C. §§ 841(a)(1) and (b)(1)(A))

The United States Attorney further charges:

2. On or about February 2, 2022, in the Northern District of Ohio, Eastern Division, Defendant KOURTNEY D. MOORE did knowingly and intentionally possess with the intent to distribute 400 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

## COUNT 3
(Felon in Possession of Firearms, 18 U.S.C. §§ 922(g)(1) and 924(a)(2))

The United States Attorney further charges:

3. On or about February 2, 2022, in the Northern District of Ohio, Eastern Division, Defendant KOURTNEY D. MOORE, knowing he had previously been convicted of crimes punishable by imprisonment for a term exceeding one year, those being: Possession of Cocaine, on or about October 4, 2001, in Case Number CR-01-06-1565, in the Court of Common Pleas, Summit County, Ohio; Possession of Cocaine, on or about July 23, 2004, in Case Number CR-04-03-0755, in the Court of Common Pleas, Summit County, Ohio; Possession of Cocaine, on or about July 26, 2004, in Case Number CR-03-10-3276, in the Court of Common Pleas, Summit County, Ohio; Possession of Cocaine, on or about October 4, 2004, in Case Number CR-01-04-0842, in the Court of Common Pleas, Summit County, Ohio; Possession of Cocaine, on or about June 7, 2010, in Case Number CR-10-02-0477, in the Court of Common Pleas, Summit County, Ohio; Possession of Cocaine, on or about July 16, 2012, in Case Number CR-12-03-0704, in the Court of Common Pleas, Summit County, Ohio, and Trafficking in Heroin, on or about July 10, 2018, in Case Number CR-2017-05-1579, in the Court of Common Pleas, Summit County, Ohio,

knowingly possessed in and affecting interstate commerce firearms, to wit: an Anderson, AM-15, .300 caliber, semi-automatic rifle, bearing serial number 21057456, and a Masterpiece Arms, 5.7x28 mm, semi-automatic pistol, bearing serial number FS13832, and ammunition, said firearms and ammunition having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT 4
(Possession of Unregistered Firearm, 26 U.S.C. §§ 5841, 5861(d) and 5871)

The United States Attorney further charges:

4. On or about February 2, 2022, in the Northern District of Ohio, Eastern Division, Defendant KOURTNEY D. MOORE did knowingly possess a firearm, to wit: an Anderson, AM-15, .300 caliber, semi-automatic rifle, bearing serial number 21057456, which had a barrel of less than sixteen inches in length, not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5841, 5861(d) and 5871.

## COUNT 5
(Maintaining a Drug Premises, 21 U.S.C. § 856(a)(1))

The United States Attorney further charges:

5. On or about February 2, 2022, in the Northern District of Ohio, Eastern Division, Defendant KOURTNEY D. MOORE did knowingly and intentionally use, maintain, and control a place, located at XXX Patterson Avenue, Akron, Ohio, for the purpose of manufacturing, distributing, and using a Schedule II controlled substance, in violation of Title 21, United States Code, Section 856(a)(1).

## COUNT 6
(Possession of Firearm in Furtherance of Drug Trafficking Offenses,
18 U.S.C. § 924(c)(1)(A)(i))

The United States Attorney further charges:

6. On or about February 2, 2022, in the Northern District of Ohio, Eastern Division, Defendant KOURTNEY D. MOORE did knowingly possess a firearm, specifically: a Masterpiece Arms, 5.7x28 mm, semi-automatic pistol, bearing serial number FS13832, in furtherance of drug trafficking crimes for which he may be prosecuted in a court of the United States, those being, Possession with the Intent to Distribute Methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A), as charged in Count One herein, and Possession with the Intent to Distribute Fentanyl, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A), as charged in Count Two herein, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT 7
(Possession of Firearm in Furtherance of Drug Trafficking Offenses,
18 U.S.C. § 924(c)(1)(B)(i))

The United States Attorney further charges:

7. On or about February 2, 2022, in the Northern District of Ohio, Eastern Division, Defendant KOURTNEY D. MOORE did knowingly possess a firearm that is a short-barreled rifle, specifically: an Anderson, AM-15, .300 caliber, semi-automatic rifle, bearing serial number 21057456, in furtherance of drug trafficking crimes for which he may be prosecuted in a court of the United States, those being, Possession with the Intent to Distribute Methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A), as charged in Count One herein, and Possession with the Intent to Distribute Fentanyl, in violation of Title 21, United

States Code, Sections 841(a)(1) and (b)(1)(A), as charged in Count Two herein, in violation of Title 18, United States Code, Section 924(c)(1)(B)(i).

## COUNT 8
(Conspiracy to Possess with Intent to Distribute a Controlled Substance, 21 U.S.C. § 846)

The United States Attorney further charges:

8. From on or about March 27, 2023 to on or about June 6, 2023, in the Northern District of Ohio, Eastern Division, Defendant KOURTNEY D. MOORE and A.H. did knowingly and intentionally combine, conspire, confederate, and agree together and with others known and unknown to the United States Attorney to possess with the intent to distribute and to distribute 400 grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A) and 846.

## FORFEITURE

The United States Attorney further charges:

9. For the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853, Title 18, United States Code, Section 924(d)(1), Title 26, United States Code, Section 5872, and Title 28, United States Code, Section 2461(c), the allegations of Counts 1 through 8 are incorporated herein by reference. As a result of the foregoing offenses, Defendant KOURTNEY D. MOORE, shall forfeit to the United States any and all property constituting or derived from any proceeds he obtained directly or indirectly as a result of the federal drug violations charged in Counts 1, 2, 5, and 8; any and all of his property used or intended to be used in any manner or part to commit or to facilitate the commission of the federal drug violations charged in Counts 1, 2, 5, and 8; any and all firearms and ammunition involved in or used in the commission of the federal firearm violations charged in Counts 3, 6, and 7; and, any

firearm involved in the commission of the federal firearm violation charged in Count 4; including, but not limited to, the following:

      a.      Anderson, AM-15, .300 caliber, semi-automatic rifle, bearing serial number 21057456, and ammunition, seized on February 2, 2022; and

      b.      Masterpiece Arms, 5.7x28 mm, semi-automatic pistol, bearing serial number FS13832, and ammunition, seized on February 2, 2022.

REBECCA C. LUTZKO
United States Attorney

By: *[signature]*
David M. Toepfer, Chief
Akron & Youngstown Branch